IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ELECTRALED, INC., <br> *Plaintiff*, <br> v. <br> ASTERA LED TECHNOLOGY GMBH, ASTERA MANUFACTURING LIMITED, AND ASTERA DISTRIBUTION LIMITED, <br> *Defendants*. | § § § § § § § § § § § CASE NO. 2:24-CV-00512-JRG-RSP |

## ORDER

Defendants Astera Manufacturing Limited and Astera Distribution Limited previously filed a Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2) and for Failure to State a Claim Under Rule 12(b)(6). (Dkt. No. 25). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 56), recommending denial of Astera's Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2) and for Failure to State a Claim Under Rule 12(b)(6). Astera has now filed Objections. (Dkt. No. 62).

After conducting a *de novo* review of the briefing on the Motion to Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2) and for Failure to State a Claim Under Rule 12(b)(6), the Report and Recommendation, and the briefing on Astera's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Astera's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion to

Dismiss for Lack of Personal Jurisdiction Under Rule 12(b)(2) and for Failure to State a Claim under Rule 12(b)(6) (Dkt. No. 25) is **DENIED**.

**So ORDERED and SIGNED this 24th day of September, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE