# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **ElectraLED, Inc.,**<br><br>      **Plaintiff,**<br><br>      v.<br><br>**Astera LED Technology GmbH, Astera Manufacturing Limited and Astera Distribution Limited,**<br><br>      **Defendants.** | **Case No. 2:24-cv-00512-JRG-RSP** |

## ORDER

Previously before the Court was the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed on February 14, 2025 by Astera LED Technology GmbH ("Astera Germany"), Astera Manufacturing Limited ("Astera China"), and Astera Distribution Limited ("Astera Hong Kong"). Dkt. No. 29. After analyzing the Parties' arguments related to this Motion, the Court granted the Motion on September 29, 2025 and ordered this case transferred to the Southern District of Florida. Dkt. No. 67. Plaintiff has now filed an "Emergency Motion for Reconsideration" on October 8, 2025. Dkt. No. 68.

In accordance with Local Rule 83(b), the transfer of this case is hereby **POSTPONED** pending resolution of Plaintiff's motion for reconsideration. Local Rule CV-83(b) ("If a timely motion for reconsideration of the order of transfer or remand has been filed, the clerk shall delay mailing or transferring the file until the court has ruled on the motion for reconsideration.").

Defendants' response in opposition to Plaintiff's motion for reconsideration is due by October 22, 2025.

**SIGNED this 9th day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE